UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL LOUIS SGRO,

Plaintiff,

-vs- Case No. 6:09-cv-1793-Orl-18DAB

UNITED STATES GOVERNMENT,

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Application is **DENIED** and the Complaint is **DISMISSED** without prejudice. Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this 25 day of January, 2010.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge